UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ART MAYSE, )
)
    Petitioner, )
)
v. ) No. 2:07-00023
) Judge Campbell
JIM MORROW, WARDEN, )
)
    Respondent. )

**O R D E R**

The court has before it a petition for a writ of *habeas corpus* filed by a *pro se* prisoner pursuant to 28 U.S.C. § 2254. (Docket Entry No. 1)

As provided in the Memorandum entered contemporaneously herewith, the petition and record of prior proceedings clearly show that the petitioner is not entitled to relief. Therefore, the petition is **DENIED** and this action is **DISMISSED**. Rule 8(a), Rules – Section 2254 Cases.

Should the petitioner file a timely notice of appeal from this Order, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability, 28 U.S.C. § 2253(c); Rule 22(b), Fed. R. App. P., which, for reasons explained in the accompanying Memorandum, will **NOT** issue, *see* 28 U.S.C. § 2253(c)(2); *Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002); *Murphy v. Ohio*, 263 F.3d 466, 467 (6th Cir. 2001); *Porterfield v. Bell*, 258 F.3d 484, 485-487 (6th Cir. 2001); *Lyons v. Ohio Adult Parole Auth.*, 105 F.3d 1063, 1073 (6th Cir. 1997)(overruled in part on other grounds by *Lindh v. Murphy*, 521 U.S. 320, 326-27 (1977)).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

                                                               */s/ Todd Campbell*
                                                               Todd Campbell
                                                               United States District Judge